# United States District Court

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

_____ FERMIN R. PAGAN, _____ _____
            Defendant

**Case Number:** 08-*130*-M

Upon motion of the **Government**, it is ORDERED that a **Preliminary Hearing and**

**Detention Hearing** is set for _*Thurs., 7/31/2018*_ * at _*1:00 p.m.*_
                                    Date                          Time

before___ HONORABLE LEONARD P. STARK, UNITED STATES MAGISTRATE JUDGE _____ _____
                            Name of Judicial Officer

COURTROOM #2A, 2^ND^ FLOOR, BOGGS FEDERAL BLDG., 844 KING ST., WILMINGTON, DE
                            Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United

States Marshal) (_____ _____ _____ _____ _____ _____ _____ _____)
                            Other Custodial Official

and produced for the hearing.

_____ JULY 28^TH^, 2008 _____ _____

            Date                                        Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to
three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.
§3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present.
Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government;
subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government
or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will
flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or
attempt to threaten, injure, or intimidate a prospective witness or juror.