

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 08- 134 |
| | ) |
| FERMIN R. PAGAN, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about July 25, 2008, in the State and District of Delaware, Fermin R. Pagan, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is a .38 caliber Smith and Wessson Model handgun, serial #CEA8579, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO

On or about July 25, 2008, in the State and District of Delaware, Fermin R. Pagan, defendant herein, did knowingly possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT III

On or about July 25, 2008, in the State and District of Delaware, Fermin R. Pagan, defendant herein, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States (to wit, the knowing possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base, as set forth in Count II of this Indictment and incorporated by reference as if fully set forth herein), did knowingly possess a firearm, to wit, a .38 caliber Smith and Wessson Model handgun, serial #CEA8579, all in violation of Title 18, United States Code, Sections 924(c)(1)(A).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

1. a .38 caliber Smith and Wessson Model handgun, serial #CEA8579; and

2. 5 rounds of ammunition.

A TRUE BILL:


Foreperson


COLM F. CONNOLLY
United States Attorney

BY: _____
Geoffrey G. Grivner
Special Assistant United States Attorney


Dated: August 26, 2008